**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641 -DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kandy Carpenter _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Michigan _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Michigan _____

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Michigan

8. Defendants (check Defendants against whom Complaint is made):

　　☑　　C.R. Bard Inc.

　　☑　　Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

　　☑　　Diversity of Citizenship

　　☐　　Other: _____

　　a.　　Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

　　☑　　Recovery® Vena Cava Filter

　　☐　　G2® Vena Cava Filter

-2-

|   |   |
|---|---|
| ☐ | G2® Express Vena Cava Filter |
| ☐ | G2® X Vena Cava Filter |
| ☐ | Eclipse® Vena Cava Filter |
| ☐ | Meridian® Vena Cava Filter |
| ☐ | Denali® Vena Cava Filter |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

<u>4/28/2005                                </u>_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect

☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III: Strict Products Liability – Design Defect

☑ Count IV: Negligence – Design

☑ Count V: Negligence – Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

1  RESPECTFULLY SUBMITTED this 5 day of March, 2019

2
3  By: Nicholas R. Farnolo, Esq.
     Napoli Shkolnik, PLLC
     400 Broadhollow Road, Suite 305
4       Melville, NY 11747
     Telephone: (212) 397-1000
5       Facsimile: (646) 843-7619

6
*Attorneys for Plaintiffs*

7
8  I hereby certify that on this 5 day of March, 2019, I electronically transmitted the
9  attached document to the Clerk's Office using the CM/ECF System for filing and transmittal
10 of a Notice of Electronic Filing.

11           */s/Nicholas R. Farnolo*